UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THERESA MITCHELL | : | CIVIL ACTION No. |
| | : | 3:18-cv-02084-WWE |
| v. | : | |
| ARROW ELECTRONICS, INC. and | : | |
| WESTAFF WORKFORCE SOLUTIONS LLC | : | JANUARY 25, 2019 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Court's May 17, 2019 Order of Dismissal (ECF No. 31), Plaintiff THERESA MITCHELL and Defendants, ARROW ELECTRONICS, INC. and WESTAFF WORKFORCE SOLUTIONS LLC, by and through their respective counsel, hereby stipulate and agree to the dismissal of all claims asserted and that could have been asserted in Plaintiff's Complaint, with prejudice, without fees or costs to any party, and with all rights of appeal waived.

Respectfully submitted this 23rd day of October 2019.

| THERESA MITCHELL | ARROW ELECTRONICS, INC. |
|---|---|
| By: */s/ Matthew D. Paradisi* | By: */s/ Allison P. Dearington* |
| Emanuele R. Cicchiello (ct29915)<br>manny@cicchielloesq.com<br>CICCHIELLO & CICCHIELLO, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>Tel: (860) 296-3457<br>Fax: (860) 296-0676 | Allison P. Dearington (ct29277)<br>Jackson Lewis - P.C. Htfd, CT<br>90 State House Sq., 8th Fl.<br>Hartford, CT 06103-3708<br>Tel: 860-522-0404<br>Fax: 860-247-1330 |

WESTAFF WORKFORCE SOLUTIONS LLC

By: /s/ *Elizabeth R. McKenna*
Elizabeth R. McKenna (ct28113)
Littler Mendelson, P.C.- NH, CT
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
203-974-8714
Fax: 203-974-8799

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2019, a copy of foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

             BY: /s/*Matthew D. Paradisi*
                 Matthew D. Paradisi (CT29915)
                 Counsel for Plaintiff